

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of A.L.H., a child.

\* From the County Court at Law
of Brown County,
Trial Court No. CV1411455.

No. 11-19-00003-CV

\* July 11, 2019

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed in part. Therefore, in accordance with this court's opinion, the cross-appeal filed by J.R.H., II is dismissed for want of prosecution. The costs incurred by reason of this cross-appeal are taxed against J.R.H., II.